AO 247 (Rev. 11/11:CASD 05/15)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>Gustavo Cisneros | )<br>)<br>)  Case No: 3:17-cr-01069-RBM-1<br>)  USM No: 61178298<br>) |
| Date of Original Judgment: 03/05/2018<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)  Payam Fakharara<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon *JOINT* motion of ☑ the defendant *and Government* ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __108__ months **is reduced to** __87 month__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __03/05/2018__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __2/29/2024__         _____[signature]_____
                                   *Judge's signature*

Effective Date: _____         Ruth Bermudez Montenegro, District Judge
*(if different from order date)*         *Printed name and title*